STATE OF NEW YORK     UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV10546     AND FILED ON     11/26/2007

NICHOLAS CICCHETI

Vs.

ERNEST D. DAVIS, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK     )
COUNTY OF WESTCHESTER     ) SS
    )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 11/29/2007 at 11:15AM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: ERNEST D. DAVIS, INDIVIDUALLY, IN HIS CAPACITY AS
At Location: MAYOR OF THE CITY OF MOUNT VERNON
CITY HALL, ROOSEVELT SQUARE
MOUNT VERNON NY

(herein called recipient) therein named.

By delivering to and leaving with YOLANDA BROWN, ASSISTANT TO CORPORATION COUNSEL a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 11/30/07, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex _FM_ Color of Skin _BLACK_ Color of Hair _BLACK_
Age _24/28_ Height _5'4"_ Weight _125_
Other Features _GLASSES_

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 11/30/2007

GAIL WILLIAM
Notary Public

John Axelrod
Server's License#:

28/0