UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
NICHOLAS CICCHETI,

       Plaintiff,

 -against-

ERNEST D. DAVIS, INDIVIDUALLY, AND IN HIS
CAPACITY AS MAYOR OF THE CITY OF MOUNT
VERNON, NEW YORK,

       Defendants.
----------------------------------------X

Index No. 07 CIV 10546
(ECF CASE)

**STIPULATION EXTENDING DEFENDANT'S TIME TO ANSWER**

WHEREAS, the Summons and Complaint in the above-captioned action was served on November 29, 2007 on the defendant;

WHEREAS, on December 7, 2007, the defendant requested a pre-motion conference as required by the Individual Part Rules of United States Senior District Court Judge William C. Conner and left a voicemail message for plaintiff's counsel Mr. Jonathan Lovett of LOVETT & GOULD, LLP indicating same on December 7, 2007;

WHEREAS, a pre-motion conference is currently scheduled for January 4, 2008; at 11:45 a.m. in the forenoon;

WHEREAS, the parties stipulate to extend time for the defendant to answer plaintiff's complaint and or otherwise move to a date as determined by the Court at the conference on January 4, 2008.

NOW THEREFORE, the parties hereby STIPULATE AND AGREE, and request the Court to order the defendant's time extended as provided herein.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

COPIES MAILED TO COUNSEL OF RECORD for As
+ EMAILED TO π COUNSEL

Dated: Mount Vernon, New York
       December 11, 2007

          HELEN M. BLACKWOOD
          Corporation Counsel of the
          CITY OF MOUNT VERNON

By: _____
    HINA SHERWANI (HS 8283)
    Attorney for Defendant
    One Roosevelt Square
    Mount Vernon, New York 10550
    (914) 665-2366


          LOVETT & GOULD, LLP

By: _____
    JONATHAN LOVETT (4854)
    Attorney for Plaintiff
    LOVETT & GOULD, LLP
    222 BLOOMINGDALE ROAD
    WHITE PLAINS, NY 10605
    (914) 428-8401


**IT IS SO ORDERED.**

Dated: December 12, 2007

        _____
        HONORABLE WILLIAM C. CONNER
        SENIOR DISTRICT COURT JUDGE
        SOUTHERN DISTRICT NEW YORK