UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
NICHOLAS CICCHETTI,

                       Plaintiff,

-against-                                  07 Civ. 10546 (WCC)

ERNEST D. DAVIS, individually and in
his capacity as Mayor of the City of        **SPECIAL INTERROGATORIES**
Mount Vernon, New York,                  **TO THE JURY**

                      Defendants.
------------------------------------------------------------x

       Plaintiff NICHOLAS CICCHETTI, by his attorney Jonathan Lovett, for special interrogatories to the jury respectfully states:

1. Did Defendant Davis, during his term as Mayor, have an ideology?

   Yes: ____    No: ____

2. Did Defendant Davis, during his term as Mayor, know what if any ideology Plaintiff had? Yes: ____    No: ____

3. Did Plaintiff's ideology and/or lack of same have anything to do with his performance as Fire Commissioner? Yes: ____    No: ____

4. In order for Plaintiff to perform as Fire Commissioner, was he required to share the same ideology as that, if any, espoused by Defendant Davis?

   Yes: ____    No: ____

5. As Fire Commissioner did the public regard Plaintiff as a policymaker for the City? Yes: ____    No: ____

6. As Fire Commissioner did Plaintiff's job description authorize and/or require him to address the City Counsel on behalf of the Mayor?

1

Yes:_____ No:_____

7. As Fire Commissioner did Plaintiff's job description authorize and/or require

him to generally speak on behalf of the Mayor? Yes:_____ No:_____

Dated: White Plains, N.Y.
       March 23, 2009

LOVETT & GOULD, LLP
By:_____
Jonathan Lovett (4854)
Attorneys for Plaintiff
222 Bloomingdale Road
White Plains, N.Y. 10605
914-428-8401