UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

NICHOLAS CICCHETTI,

                Plaintiff(s),

07 CIV 10546

HON. WILLIAM C. CONNER

   -against-

ERNEST D. DAVIS, INDIVIDUALLY, AND
IN HIS CAPACITY AS MAYOR OF THE CITY
OF MOUNT VERNON, NEW YORK
                Defendant(s).

-----------------------------------------------------------------x

## SPECIAL INTERROGATORIES TO THE JURY

Dated: Mount Vernon, New York
       March 23, 2009

                                  Yours, etc.

                                  HELEN M. BLACKWOOD
                                  Corporation Counsel
                                  Attorney for Defendant
                                  Office and PO Address
                                  One Roosevelt Square
                                  Mount Vernon, New York 10550

                                  _____
                                  By:    Nichelle A. Johnson (NAJ 7268)
                                            Hina Sherwani  (HS 8283)

# SPECIAL INTERROGATORIES
# TO THE JURY

1. Do you find that the plaintiff as Fire Commissioner was exempt from civil service protection?

Answer Yes or No

2. Do you find that plaintiff as Fire Commissioner had some technical competence or expertise?

Answer Yes or No

3. Do you find that plaintiff as Fire Commissioner controlled others?

Answer Yes or No

4. Do you find that plaintiff as Fire Commissioner was authorized to speak in the name of the City of Mount Vernon or the Mayor of the City of Mount Vernon?

Answer Yes or No

5. Do you find that the plaintiff as Fire Commissioner was perceived as a policymaker by the public?

Answer Yes or No

6. Do you find that plaintiff as Fire Commissioner influenced government programs?

Answer Yes or No

7. Do you find that plaintiff as Fire Commissioner had contact with elected officials?

Answer Yes or No

8. Do you find that plaintiff as Fire Commissioner was responsive to partisan politics and political leaders?

Answer Yes or No

9. Do you find any other indicia that the plaintiff as Fire Commissioner was a policymaker?

Answer Yes or No